IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY M. SMYRNIOS,**

    **Plaintiff,**

vs.                                               Case No. 4:05cv377-RH/WCS

**JO ANNE B. BARNHART,**
**Commissioner of Social Security**,

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's Application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). Doc. 24. Plaintiff seeks attorney fees pursuant to the EAJA, 28 U.S.C. § 2412(d) in the amount of $1,238.79 representing 7.1 hours expended in 2006 at $161.33 per hour ($1,145.44) and 0.6 hours expended in 2005 at $155.59 per hour ($93.35). Plaintiff represents in his application that the Government is not opposed to the motion.

In light of the above, it is **RECOMMENDED** that:

Plaintiff's petition for attorney's fees, doc. 24, be **GRANTED** and the court order that the Secretary certify and pay to Plaintiff $1,238.79 as a reasonable fee.

**IN** CHAMBERS at Tallahassee, Florida, on August 3, 2006.


  s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may serve and file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**