**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

GREGORY M. SMYRINOS,

      Plaintiff,

v.                                               CASE NO.  4:05cv377-RH/WCS

JO ANNE B. BARNHART,

      Defendant.

_____/

**ORDER AWARDING ATTORNEY'S FEES**

This matter is before the court on the magistrate judge's report and recommendation (document 26), and the response thereto (document 27).  Upon consideration,

      IT IS ORDERED:

      The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Plaintiff's application for attorney's fees is GRANTED.  The Secretary shall pay the sum of $1,238.79 as attorney's fees pursuant to the Equal Access to Justice Act.

      SO ORDERED this 14th day of August, 2006.

                                                      s/Robert L. Hinkle_____
                                                      Chief United States District Judge